UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Standard Investment Chartered, Inc.**

            Plaintiff(s)

**National Association of Securities Dealers, Inc.**  
**NYSE Group, Inc.**  
**Mary L. Schapiro**  
**Richard F. Brueckner**  
**Barbara Z. Sweeney**  
            Defendant(s),

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                <u>Effective May 22, 2006</u>

                          **NOTICE OF COURT CONFERENCE**

                          <u>07 Civ. 2014</u>   (JSR)

To:   The Attorney(s) for Plaintiff(s) and Defendant(s):

      This action has been reassigned to the Honorable Jed S. Rakoff, U.S.D.J., effective <u>**September 11, 2009**</u>. Judge Rakoff has ordered that counsel for all parties attend a conference, at the time and place fixed below, to report the status of this litigation and to consider other relevant matters. **Finally, upon receipt of this notice, please immediately furnish Chambers with a courtesy copy of your complaint.**

      Counsel are advised to review Judge Rakoff's Individual Rules of Practice, a copy of which is enclosed; to bring with them a proposed Case Management Plan if one has not previously been ordered; and to be prepared to argue any outstanding motions and to select a trial date.

      <u>**DATE AND PLACE OF CONFERENCE:**</u>   **SEPTEMBER 30, 2009**, **AT THE UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. IN COURTROOM 14-B AT** <u>**4:30 p.m.**</u>

      Although this notice is being mailed to all counsel of record, counsel are advised to consult with one another prior to the date of the conference so as to make certain all counsel are apprised of the date and time of the conference.

SO ORDERED.

                                            s/ *Jed S. Rakoff*  
                                            JED S. RAKOFF  
                                            U.S.D.J.

DATED:   New York, New York  
             September 21, 2009

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9-21-09