```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
STANDARD INVESTMENT CHARTERED, INC.,  :
                                      :
              Plaintiff,              :   07 Civ. 2014 (JSR)
                                      :
              -v-                     :        ORDER
                                      :
NATIONAL ASSOCIATION OF SECURITIES    :
DEALERS, INC. et al.,                 :
                                      :
              Defendant.              x
------------------------------------- 
```

JED S. RAKOFF, U.S.D.J.

    Having received defendants' opposition to the request of various news organizations to unseal documents in this case, the Court will hold oral argument on Thursday, January 14, 2010 at 4:00PM in courtroom 14-B of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

                                                             JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 16, 2009