USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

STANDARD INVESTMENT CHARTERED, INC.,
Plaintiff,

07 CIVIL 2014 (JSR)

-against-

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. et al.,
Defendants.

----------------------------------------------------------X

BENCHMARK FINANCIAL SERVICES, INC.,
Plaintiff,

08 CIVIL 11193(JSR)

-against-

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. et al.,
Defendants.

----------------------------------------------------------X

# JUDGMENT

Whereas the above-captioned cases having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on March 1, 2010, having rendered its Memorandum Order granting defendants' motions to dismiss and dismissing both actions with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 1, 2010, defendants' motions to dismiss are granted, and both actions are dismissed with prejudice.

**Dated:** New York, New York
March 2, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____________